```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 08113
  LEROY PICKETT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
  SSN XXX-XX-9919

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/03/2008 and was confirmed 06/25/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/05/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     4733.98           .00          .00
US BANK NATIONAL          NOTICE ONLY     NOT FILED           .00          .00
CHASE MANHATTAN MTG CORP  CURRENT MORTG         .00           .00          .00
CHASE MANHATTAN MTG CORP  MORTGAGE ARRE         .00           .00          .00
HSBC MORTGAGE SERVICES    CURRENT MORTG         .00           .00          .00
HSBC MORTGAGE SERVICES    MORTGAGE ARRE     3026.27           .00          .00
CAPITAL ONE               UNSEC W/INTER   NOT FILED           .00          .00
COMMONWEALTH EDISON       UNSEC W/INTER      228.20           .00          .00
PREMIER BANKCARD          UNSEC W/INTER      285.37           .00          .00
FIRST PREMIER BANK        UNSEC W/INTER   NOT FILED           .00          .00
NCO FINANCIAL SYSTEM      UNSEC W/INTER   NOT FILED           .00          .00
OSI COLLECTION SERVICES   UNSEC W/INTER   NOT FILED           .00          .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   NOT FILED           .00          .00
BENNIE W FERNANDEZ        DEBTOR ATTY       3,123.00                    1,038.90
TOM VAUGHN                TRUSTEE                                          90.34
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               1,129.24

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                               1,038.90
TRUSTEE COMPENSATION                            90.34
DEBTOR REFUND                                    .00
                      ---------------    ---------------
TOTALS                1,129.24            1,129.24

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 08113 LEROY PICKETT
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 08113 LEROY PICKETT